# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Destiny Tory Siers, | ) | Case No. 1:22-cr-061 |
| | ) | |
| Defendant. | ) | |

On July 19, 2022, the court issued an order granting defendant's motion for release and conditionally releasing her on July 21, 2022, to the Prairie Recovery Center. (Doc. No. 113). On July 21, 2022, the court was advised that the Prairie Recovery Center cannot transport defendant to its facility as anticipated and that it does not presently have space for defendant. Given these circumstances, the court **VACATES** its July 19, 2022, order. Defendant shall remain in custody pending further order of the court. Defendant may renew her motion when space opens up at the Prairie Recovery Center.

**IT IS SO ORDERED.**

Dated this 21st day of July, 2022.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court